```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )    No. 4:11 CR 49 CDP / DDN
                                )
GARY VEHLEWALD,                 )
                                )
            Defendant.          )
```

**NOTICE OF PRETRIAL MOTION WAIVER**
**AND**
<u>**ORDER AND RECOMMENDATION**</u>

This action is before the court upon pretrial proceedings which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for April 20, 2011.

On April 20, 2011, defendant appeared in open court, with counsel, and advised the court that he had decided not to raise any issues by way of pretrial motions. He thereupon in open court under oath voluntarily and knowingly waived his rights to file pretrial motions and to have a pretrial hearing in this case at this time and in the future. (Doc. 26.)

Therefore,

**IT IS HEREBY ORDERED** that the pending motion of the United States for a determination by the court of the admissibility or not of any arguably suppressible evidence (Doc. 25) is denied as moot.

**IT IS HEREBY RECOMMENDED** that the oral motion of the defendant generally to suppress any arguably suppressible evidence (Doc. 24) be denied.

                                                    /S/   David D. Noce
                                        **UNITED STATES MAGISTRATE JUDGE**


Signed on July 29, 2011.